UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR PENA,<br><br>Plaintiff,<br><br>v.<br><br>ABBE NELLIGAN, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-12795-JCB |

ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION
August 20, 2026

Boal, M.J.

Pro se plaintiff Victor Pena, a state inmate in custody at MCI Shirley, initiated this action by filing a letter seeking to bring an action on behalf of himself and several non-English speaking offenders for alleged due process violations. [Doc. No. 1].

By Memorandum and Order dated June 24, 2026, Pena was advised that in order to pursue this action, he must, within forty-two days, resolve the filing fee and file a complaint. [Doc. No. 3]. Pena was advised that failure to comply with the Memorandum and Order may result in dismissal of this action. Id.

Pena has not responded to the Court's order and the time to do so has expired.

Based on the foregoing, and in accordance with the Court's Order, Docket No. 3, this action should be dismissed. Therefore, this case is returned to the Clerk's Office for reassignment to a district judge for further proceedings.

I recommend that the district judge to whom this action is reassigned dismiss this action without prejudice.

REVIEW BY DISTRICT JUDGE

The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72, any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of service of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. See Phinney v Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo Ass'n v. Flexel Int'l, Ltd., 116 F.3d 962 (1st Cir. 1997); Pagano v Frank, 943 F.2d 343 (1st Cir. 1993).

SO ORDERED.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

DATED: August 20, 2026